SNELL & WILMER L.L.P.
Marshall J. Hogan (#286147)
mhogan@swlaw.com
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: 714.427.7000
Facsimile: 714.427.7799

SNELL & WILMER L.L.P.
Brian J. Foster (AZ SBN 012143)
(admitted *Pro Hac Vice*)
bfoster@swlaw.com
Anthony T. King (AZ SBN 027459)
(admitted *Pro Hac Vice*)
aking@swlaw.com
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

Attorneys for Defendants
Ashford University, LLC and Zovio, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HAWKINS and CRYSTAL COURSEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASHFORD UNIVERSITY, LLC; ZOVIO, INC., and DOE INDIVIDUALS, inclusive, and each of them,<br><br>Defendants. | Case No. 19-cv-0180-CAB LL<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Cathy Ann Bencivengo |

PLEASE TAKE NOTICE that Plaintiffs Stephanie Hawkins and Crystal Coursey (collectively, "Plaintiffs") and Defendants Ashford University, LLC and Zovio, Inc. (collectively, "Defendants") have reached a settlement on Plaintiffs'

individual claims against Defendants. The Parties will submit to the Court a joint motion to dismiss with prejudice and proposed order once the settlement agreement is finalized and executed.

Dated: October 11, 2019                    SNELL & WILMER L.L.P.


By: */s/ Anthony T. King*
    Marshall J. Hogan
    Brian J. Foster
    Anthony T. King
    Attorneys for Defendant
    Ashford University, LLC

*Hawkins v. Ashford University, LLC*
**US District Court, Southern District of California**
Case No. 19-cv-0180-CAB-LL

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I electronically filed the document described as **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John P. Kristensen
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jarrett L. Ellzey (admitted *Pro Hac Vice*)
**HUGHES ELLZEY, LLP**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*
*craft@hughesellzey.com*

Dated: October 11, 2019     SNELL & WILMER L.L.P.

By: */s/ Anthony T. King*
    Marshall J. Hogan
    Brian J. Foster
    Anthony T. King
    Attorneys for Defendant
    Ashford University, LLC

4839-3870-7113