SNELL & WILMER L.L.P.
Marshall J. Hogan (#286147)
mhogan@swlaw.com
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: 714.427.7000
Facsimile: 714.427.7799

SNELL & WILMER L.L.P.
Brian J. Foster (AZ SBN 012143)
(admitted *Pro Hac Vice*)
bfoster@swlaw.com
Anthony T. King (AZ SBN 027459)
(admitted *Pro Hac Vice*)
aking@swlaw.com
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

Attorneys for Defendants
Ashford University, LLC and Zovio, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HAWKINS and CRYSTAL COURSEY, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ASHFORD UNIVERSITY, LLC; ZOVIO, INC., and DOE INDIVIDUALS, inclusive, and each of them,<br><br>　　　　　Defendants. | Case No. 19-cv-0180-CAB LL<br><br>**AMENDED NOTICE OF SETTLEMENT**<br><br>Judge:　Hon. Cathy Ann Bencivengo |

Pursuant to the Court's Order (Dkt. # 35), Plaintiffs Stephanie Hawkins and Crystal Coursey (collectively, "Plaintiffs") and Defendants Ashford University, LLC and Zovio, Inc. (collectively, "Defendants") respectfully submit the following amended notice of settlement.

Plaintiffs and Defendants have reached a settlement on Plaintiffs' individual claims against Defendants. The Parties will submit to the Court (1) a joint motion to dismiss with prejudice Plaintiffs' individual claims and proposed order once the settlement agreement is finalized and executed and (2) a joint motion to dismiss the putative class claims without prejudice and proposed order reflecting same.

Dated: October 18, 2019    SNELL & WILMER L.L.P.

By: */s/ Marshall J. Hogan*
Marshall J. Hogan
Brian J. Foster
Anthony T. King
Attorneys for Defendant
Ashford University, LLC

- 2 -

AMENDED NOTICE OF SETTLEMENT
CASE NO. 19-CV-0180-CAB-LL

*Hawkins v. Ashford University, LLC*
**US District Court, Southern District of California**
**Case No. 19-cv-0180-CAB-LL**

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically filed the document described as **AMENDED NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John P. Kristensen
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jarrett L. Ellzey (admitted *Pro Hac Vice*)
**HUGHES ELLZEY, LLP**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*
*craft@hughesellzey.com*

Dated: October 18, 2019

SNELL & WILMER L.L.P.

By: */s/ Marshall J. Hogan*
    Marshall J. Hogan
    Brian J. Foster
    Anthony T. King
    Attorneys for Defendant
    Ashford University, LLC

4837-8295-3642