SNELL & WILMER L.L.P.
Marshall J. Hogan (#286147)
mhogan@swlaw.com
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: 714.427.7000
Facsimile: 714.427.7799

SNELL & WILMER L.L.P.
Brian J. Foster (AZ SBN 012143)
(admitted *Pro Hac Vice*)
bfoster@swlaw.com
Anthony T. King (AZ SBN 027459)
(admitted *Pro Hac Vice*)
aking@swlaw.com
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

Attorneys for Defendants Zovio, Inc. & Ashford University, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HAWKINS and CRYSTAL COURSEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASHFORD UNIVERSITY, LLC; ZOVIO, INC., and DOE INDIVIDUALS, inclusive, and each of them,<br><br>Defendants. | Case No. 19-cv-0180-CAB LL<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Ctrm: 4C<br>Judge: Hon. Cathy Ann Bencivengo |

Plaintiffs Stephanie Hawkins and Crystal Coursey ("Plaintiffs"), on the one hand, and defendants Zovio, Inc. and Ashford University, LLC ("Defendants"), on the other hand, jointly move, stipulate, and agree as follows through their attorneys of record:

WHEREAS, on January 25, 2019, Plaintiffs filed their complaint and initiated this action ("Complaint") [Dkt. No. 1];

WHEREAS, on August 23, 2019, Plaintiffs filed their first amended complaint for damages and other relief against Defendants ("FAC") [Dkt. No. 29];

WHEREAS, both the Complaint and the FAC assert claims against Defendants on behalf of Plaintiffs as individuals (the "Individual Claims") and claims on behalf of a class (the "Class Claims");

WHEREAS, Plaintiffs and Defendants have now resolved between themselves the claims asserted in this action;

WHEREFORE, THE PARTIES JOINTLY MOVE AND STIPULATE THAT:

1. Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, Plaintiffs and Defendants jointly move for dismissal with prejudice Plaintiffs' Individual Claims against Defendants.

2. Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, Plaintiffs and Defendants jointly move for dismissal without prejudice the Class Claims.

///
///
///

3. Each party shall bear its, his, or her own costs and attorneys' fees in this action.

Dated: November 20, 2019          SNELL & WILMER L.L.P.


By: */s/ Anthony T. King*
　　Marshall J. Hogan
　　Brian J. Foster
　　Anthony T. King
　　Attorneys for Defendants Zovio, Inc. and
　　Ashford University, LLC


Dated: November 20, 2019          KRISTENSEN WEISBERG, LLP


By: */s/ John P. Kristensen (with permission)*
　　John P. Kristensen
　　David L. Weisberg
　　Attorneys for Plaintiffs Stephanie
　　Hawkins and Crystal Coursey and all
　　others similarly situated

*Hawkins v. Ashford University, LLC*
**US District Court, Southern District of California**
Case No. 19-cv-0180-CAB-LL

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, I electronically filed the document described as **JOINT MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John P. Kristensen
David L. Weisberg
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jarrett L. Ellzey (admitted *Pro Hac Vice*)
W. Craft Hughes (*Pro Hac Vice* pending)
**HUGHES ELLZEY, LLP**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*
*craft@hughesellzey.com*

Dated: November 20, 2019        SNELL & WILMER L.L.P.

By: */s/ Anthony T. King*
    Marshall J. Hogan
    Brian J. Foster
    Anthony T. King
    Attorneys for Defendants Zovio, Inc. and Ashford University, LLC

4851-4512-2733