UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HAWKINS and CRYSTAL COURSEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASHFORD UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No.: 19-CV-180-CAB-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. Nos. 31, 38] |

Upon consideration of the parties' joint motion to dismiss, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE** as to Plaintiffs' individual claims and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class, with each side to bear their own costs and fees. The pending motion to dismiss is therefore **DENIED AS MOOT**.

It is **SO ORDERED.**

Dated: November 25, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge